**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name Teague        Anthony        C
     (Last)        (First)        (Initial)

Prisoner Number 0710030

Institutional Address Monterey County Jail, P.O. Box 809, Salinas CA 93902

================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Anthony Ceasar Teague
(Enter the full name of the
plaintiff in this action)

Case No. CV 08 1260 JF (PR)
(To be provided by the clerk
of court)

vs.

Governor of the State of Nevada

The Attorney General for the State of Nevada

(Enter the full name of the
defendant(s) in this action)

COMPLAINT UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C § 1983

(X) DEMAND FOR JURY TRIAL
(_) NO JURY TRIAL DEMAND
    (check one only)

All questions on this complaint form must be answered in order for your action to proceed.

I.  Exhaustion of Administrative Remedies

    **Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

    A.  Place of present confinement Monterey County Jail

    B.  Is there a grievance procedure in this institution?
        YES (X)     NO ( )

    C.  Did you present the facts in your complaint for review through the grievance procedure?   YES ( )   NO (X)

1

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you? YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. I brought this matter before the Second Judicial District court of the State of Nevada

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. Anthony Ceasar Teague 0710030
P.O box 809
Salinas, CA 93902

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. The State of Nevada
The Attorney General of the State of Nevada

2

III. <u>Statement of Claim</u>

State here as briefly as possible the <u>facts</u> of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On April 10, 1996 I was arrested under the name Anthony DeWayne Myers and booked into the Washoe County Jail. I received a 1 to 5 year sentence for the charge of selling a substance by representing it to be a controlled substance, a felony. I was paroled on November 30, 1998 at which time I absconded to California. In April 2006 I was arrested in California and extradited to Nevada on a parole violation related to the 1996 charge. Upon getting to prison in Nevada I became aware that the charge I was originally sentenced to prison for was in fact a misdemeanor. I promptly filed a motion to correct an illegal sentence in the Second Judicial District Court of the State of Nevada in Washoe County. In November of 2006 my motion to correct an illegal sentence was granted and I was released from prison. My sentence was corrected to reflect a misdemeanor conviction after having served 3 years and 3 months in prison. The State of Nevada is the entity which illegally had me incarcerated in prison for a misdemeanor. The Attorney General is responsible for allowing this situation to happen

3

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I Am seeking monetary damages in the Amount of $3,300,000

DATED: 2-26-08          _Anthony League_
                       (Plaintiff's signature)

----

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-26-06          _Anthony League_
                       (Plaintiff's signature)

----

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)      NO ( )      (check one only)

Dated: 2-26-06          _Anthony League_
                       (Plaintiff's signature)

(rev. 11/98)

Name: Bradley Teague
Booking # 2100235
Cell/Location D-104
Monterey County Corrections
P.O. Box 886
Salinas CA 93902

RECEIVED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States Dist. Court
For the Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102