IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Anthony Ceasar Teague

    Plaintiff,

v.

The State of Nevada

    Defendant.

CASE NO. 08 1260 JF (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Anthony Ceasar Teague, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes _____  No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Sun Rain Sheet Metal Company June–July 2004
$10 hr / only work 3 weeks

rev. 11/97                                                    2

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                        Yes _____  No __X__
b. Income from stocks, bonds, or royalties?                       Yes _____  No __X__
c. Rent payments?                                                 Yes _____  No __X__
d. Pensions, annuities, or life insurance payments?               Yes _____  No __X__
e. Federal or State welfare payments, Social Security or other government source?   Yes _____  No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes _____  No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?    Yes _____  No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes _____  No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $ _____

rev. 11/97                                3

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Anthony Teague_ [prisoner name] for the last six months at _Monterey County Jail_ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.61_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.61_.

Dated: 2-22-08

_____
Authorized officer of the institution

rev. 11/97                              5

# MONTEREY COUNTY PRISON

**Individual Inmate Balance History Report - Detailed**

Print Date: 2/22/2008 02:14:26 pm
User Name: DDPOUND

| Name | TEAGUE, ANTHONY CESAR |
| --- | --- |
| Number | 0710030 |
| DOB | 1/1/1972 |
| LOC1 | DP |
| LOC2 | R1 |
| LOC3 | 04 |
| LOC4 | |
| LOC5 | |
| Available Balance | $0.00 |
| Pending | $0.00 |
| Frozen | $0.00 |
| Owed | $0.00 |

## TRANSACTIONS

| Date | Transaction (Available Date) | Amount | Pending | Money Added | Money Removed | Balance | Money Owed | Owed Credit | Owes | Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/13/2007 | INTAKE | $5.65 | $0.00 | $5.65 | $0.00 | $5.65 | $0.00 | $0.00 | $0.00 | NEW |
| 4/24/2007 | ORDER DEBIT | $5.04 | $0.00 | $0.00 | $5.04 | $0.61 | $0.00 | $0.00 | $0.00 | |
| 11/16/2007 | DEBIT TRANSFER | $0.61 | $0.00 | $0.00 | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | to account # 0705151 |
| 11/19/2007 | CREDIT TRANSFER | $0.61 | $0.00 | $0.61 | $0.00 | $0.61 | $0.00 | $0.00 | $0.00 | from account # 0705151 |
| 11/19/2007 | DEBIT TRANSFER | $0.61 | $0.00 | $0.00 | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | to account # 0705151 |
| 11/19/2007 | CREDIT TRANSFER | $0.61 | $0.00 | $0.61 | $0.00 | $0.61 | $0.00 | $0.00 | $0.00 | from account # 0705151 |
| 12/2/2007 | MEDICAL COPAY | $0.61 | $0.00 | $0.00 | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | Sick Call 10/29/07 |
| Totals | | | | $6.87 | $6.87 | | $0.00 | $0.00 | | |

1