NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY CEASAR TEAGUE, | ) | No. C 08-1260 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| GOVERNOR OF THE STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | (Docket No. 2) |

Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 concerning his unlawful incarceration in Washoe County, in the state of Nevada. Because the Defendants are located in the state of Nevada, and the acts complained of occurred in Washoe County, Nevada, which lies within the venue of the District Court of Nevada, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is therefore TRANSFERRED to the United States District Court for the District of Nevada. See 28 U.S.C. § 1406(a).

\\\

\\\

Order of Transfer
P:\pro-se\sj.jf\cr.08\Teague260trans          1

1  In view of the transfer, the Court will not rule on Plaintiff's pending motion to proceed in
2  forma pauperis (docket no. 2).   The Clerk shall terminate all pending motions and
3  transfer the entire file to the District of Nevada.
4        IT IS SO ORDERED.
5  DATED:  3/14/08
                                              _____
6                                              JEREMY FOGEL
                                              United States District Judge