**Anthony Ceasar Teagne**
0710030
Monterey County Jail
P.O. Box 809
Salinas, CA 93902

