**FILED**

MAR 2 5 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURN TO SENDER
MONTEREY COUNTY JAIL
☐ NOT IN CUSTODY
☐ NON LEGIBLE
☐ UNAUTHORIZED ITEMS

Anthony Ceasar Teague
0710030
Monterey County Jail
P.O. Box 809
Salinas, CA 93902

CITATION

[UNIT]ES DISTRICT COURT

[DI]STRICT OF CALIFORNIA

No. C 08-1260 JF (PR)

ORDER OF TRANSFER

(Docket No. 2)

[in]stant civil rights complaint pursuant to 42

[incarce]ration in Washoe County, in the state of

[i]n the state of Nevada, and the acts

[Ne]vada, which lies within the venue of the

[i]n that district and not in this one. See 28

to the United States District Court for the

28 | \\\

Order of Transfer
P:\pro-se\sj.jf\cr.08\Teague260trans           1