**Filed**

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Richard W. Wieking
Clerk

2008 MAR 31 P 3:04

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

General Court Number
408.535.5364

March 25, 2008

USDC, District of Nevada
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

2:08-cv-00411-RCJ-PAL

RE: CV 08-01260 JF   ANTHONY C. TEAGUE-v-GOVERNOR OF NEVADA

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record