

Anthony Ceasar Teagne    0710030
Monterey County Jail
P.O. Box 809
Salinas, CA 93902

CV08-01260 JF

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 25, 2008

USDC, District of Nevada
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

RE: CV 08-01260 JF    ANTHONY C. TEAGUE-v-GOVERNOR OF NEVADA

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

March 25, 2008

> **These instructions are for internal court use only.
> Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR TEAGUE,<br>        Plaintiff,<br>vs.<br>GOVERNOR OF THE STATE OF NEVADA, et al.,<br>        Defendants. | No. C 08-1260 JF (PR)<br><br>ORDER OF TRANSFER<br><br><br><br><br>(Docket No. 2) |

Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 concerning his unlawful incarceration in Washoe County, in the state of Nevada. Because the Defendants are located in the state of Nevada, and the acts complained of occurred in Washoe County, Nevada, which lies within the venue of the District Court of Nevada, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is therefore TRANSFERRED to the United States District Court for the District of Nevada. See 28 U.S.C. § 1406(a).

\\\

\\\

Order of Transfer
P:\pro-se\sj.jf\cr.08\Teague260trans        1

1 | In view of the transfer, the Court will not rule on Plaintiff's pending motion to proceed in
2 | forma pauperis (docket no. 2). The Clerk shall terminate all pending motions and
3 | transfer the entire file to the District of Nevada.
4 |     IT IS SO ORDERED.
5 | DATED: __3/14/08__

                                  JEREMY FOGEL
                                  United States District Judge

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:08-cv-01260-JF
## Internal Use Only

Teagne v. Governor of the State of Nevada et al
Assigned to: Hon. Jeremy Fogel
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/04/2008
Date Terminated: 03/18/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Anthony Ceasar Teagne

represented by **Anthony Ceasar Teagne**
0710030
Monterey County Jail
P.O. Box 809
Salinas, CA 93902
PRO SE

V.

**Defendant**

**Governor of the State of Nevada**

**Defendant**

**The Attorney General for the State of Nevada**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2008 | 1 | COMPLAINT by a Prisoner under the Civil Rights Act against Governor of the State of Nevada, The Attorney General for the State of Nevada. Filed byAnthony Ceasar Teagne. (gm, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/07/2008) |
| 03/04/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Anthony Ceasar Teagne. (gm, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/07/2008) |
| 03/04/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gm, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/07/2008) |

| 03/04/2008 |   | CASE DESIGNATED for Electronic Filing. (gm, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/07/2008) |
|---|---|---|
| 03/18/2008 | 4 | ORDER TRANSFERRING CASE. Signed by Judge Jeremy Fogel on 3/14/08. (dlm, COURT STAFF) (Filed on 3/18/2008) (Entered: 03/18/2008) |
| 03/20/2008 | 6 | Mail sent to Anthony Ceasar Teagne returned as undeliverable (NOT IN CUSTODY) re 3 Clerk's Notice re: IFP and a copy of Application to Proceed in Forma Pauperis. (gm, COURT STAFF) (Filed on 3/20/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 5 | Case Transferred to USDC, District of Nevada (gm, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 7 | Mail sent to Anthony Ceasar Teague returned as undeliverable (NOT IN CUSTODY) re 4 Order Transferring Case. (gm, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |